# Court of Appeals
# of the State of Georgia

ATLANTA,   September 25, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0037. BEAUPRUE JARVIS MONTFORD v. THE STATE.**

In 2011, Beauprue Montford pled guilty to involuntary manslaughter, aggravated battery, aggravated assault, and cruelty to children in the first degree. He filed a motion to withdraw his guilty plea, which the trial court denied. On appeal, we affirmed Montford's convictions, specifically finding that the state met its burden of showing that Montford offered his plea knowingly, intelligently, and voluntarily, and the trial court did not abuse its discretion when it denied his motion to withdraw his guilty plea. *Montford v. State*, 317 Ga. App. 417 (731 SE2d 91) (2012).

On August 4, 2014, Montford filed a "Petition to Vacate Sentence" in the Supreme Court of Georgia, challenging his 2011 convictions and sentences. The Supreme Court transferred the case to this Court after finding that the case did not concern its exclusive jurisdiction. We lack jurisdiction.

From the materials submitted, it appears that Montford has not filed any motion to vacate his sentence in the trial court.[1] Thus, to the extent that he seeks review of the arguments he raises in that motion, we lack jurisdiction because the trial court apparently has not yet considered them. See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010) (in the absence of a ruling by the trial court, we have nothing to review); see also *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009) ("Inasmuch as we are a court for the correction of errors, we do not consider issues which were not raised below and ruled on by the trial court.").

---

[1] The only trial court decision included with the application is the 2011 judgment of conviction, which we have already affirmed.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*   09/25/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*